IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 19-CV-02818-DDD-KLM

CAROL NICHOLS, on behalf of herself and )
similarly situated employees, )
 )
 )
    Plaintiff(s) )
 )
v. )
 )
 )
 )
Denver Health and Hospital Authority )
 )
    Defendant. )

## STIPULATED ORDER

### ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX

    The production of privileged or work-product protected documents, electronically stored information ("ESI") or information, whether inadvertently or otherwise, is not a waiver of the privilege or protection from discovery in this case or in any other federal or state proceeding. This Stipulated Order shall be interpreted to provide the maximum protection allowed by Federal Rule of Evidence 502(d).

    Nothing contained herein is intended to or shall serve to limit a party's right to conduct a review of documents, ESI or information (including metadata) for relevance, responsiveness and/or segregation of privileged and/or protected information before production.

| s/ | s/ |
|---|---|
| Merrily Archer, Esq., M.S.W. | Alice Conway Powers, Esq. |
| EEO Legal Solutions LLC | Lewis Brisbois LLP |
| 600 17th Street, Suite 2800-South | 1700 Seventeenth Street, Suite 4000 |
| Denver, Colorado 80202 | Denver, Colorado 80203 |
| (303) 248-3769 (direct) | (720) 292-2028 (direct) |
| (303) 915-5486 (text/cell) | (303) 861-7767 (fax) |
| archerm@eeolegalsolutions.com | Alice.powers@lewisbrisbois.com |

...

**SO ORDERED**

Dated: 12/30/19

Hon. Kristen L. Mix
United States Magistrate Judge