IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 19-cv-02818-DDD-KLM

CAROL NICHOLS, on behalf of herself and similarly situated employees,

    Plaintiff,

v.

DENVER HEALTH AND HOSPITAL AUTHORITY,

    Defendant.

_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on Defendant's **Emergency Motion to Temporarily Restrict (ECF No. 55 and Attachments)** [#57] (the "Motion"). Defendant asks the Court to immediately restrict a number of documents recently filed by Plaintiff on the electronic docket, as listed below, because they contain confidential materials protected by the Protective Order [#34] entered by the Court on March 17, 2020. Defendant asks for 14 days in which to file a motion to restrict addressing the requirements listed in D.C.COLO.LCivR 7.2(c). Plaintiff is opposed to this Motion [#57]. While the Court makes no final finding on this issue, the Court's review of the Motion [#57], the Protective Order [#34], and the documents which Defendant seeks to have restricted shows that these documents *may* contain information protected by the Protective Order [#34]. Thus, the Court directs that these documents be immediately placed under restriction pending adjudication of any motion to restrict filed by Defendant by August 10, 2020. Accordingly,

    IT IS HEREBY **ORDERED** that the Motion [#57] is **GRANTED**.

    IT IS FURTHER **ORDERED** that the Clerk of the Court is directed to place the following documents **UNDER RESTRICTION** at **LEVEL 1**:[1]

    (1) Plaintiff's Renewed Motion to Compel and Challenge to Defendant's Belated Claim of Attorney/Client Privilege [#55];

---

[1] Level 1, the least restrictive, limits access to the documents to the parties and the Court. *See* D.C.COLO.LCivR 7.2.

    (2) Plaintiff's Exhibit 3 [#55-3];

    (3) Plaintiff's Exhibit 4 [#55-4];

    (4) Plaintiff's Exhibit 5 [#55-5];

    (5) Plaintiff's Exhibit 6 [#55-6];

    (6) Plaintiff's Exhibit 7 [#55-7];

    (7) Plaintiff's Exhibit 8 [#55-8]; and

    (8) Plaintiff's Exhibit 10 ([#55-10].

    IT IS FURTHER **ORDERED** that, after conferral with opposing counsel pursuant to D.C.COLO.LCivR 7.1(a), Defendant shall file a motion to restrict pursuant to D.C.COLO.LCivR 7.2 **no later than August 10, 2020**. Failure to timely file a motion to restrict will result in the Court removing all restriction from these documents without further warning. If the motion to restrict is opposed, the parties may complete briefing in accordance with the parameters set by D.C.COLO.LCivR. 7.1(d). The parties should strongly consider where redaction may be appropriate instead of full restriction of these documents. See D.C.COLO.LCivR 7.2(c)(4).

    Dated: July 31, 2020