IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 19-cv-02818-DDD-KLM

CAROL NICHOLS, on behalf of herself and similarly situated employees,

    Plaintiff,

v.

DENVER HEALTH AND HOSPITAL AUTHORITY,

    Defendant.

_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on Defendant's **Emergency Motion to Temporarily Restrict (ECF No. 62 and Attachments)** [#63] (the "Motion"). Plaintiff filed a Response [#64] in opposition to the Motion [#63]. Defendant asks the Court to immediately restrict two documents recently filed by Plaintiff on the electronic docket, as listed below, because they contain confidential materials protected by the Protective Order [#34] entered by the Court on March 17, 2020. Defendant asks until August 10, 2020, in which to file a motion to restrict addressing the requirements listed in D.C.COLO.LCivR 7.2(c). While the Court makes no final finding on this issue, the Court's review of the Motion [#63], the Protective Order [#34], and the documents which Defendant seeks to have restricted indicates that these documents *may* contain information protected by the Protective Order [#34]. Thus, the Court directs that these documents be immediately placed under restriction pending adjudication of any motion to restrict filed by Defendant by August 10, 2020. Accordingly,

    IT IS HEREBY **ORDERED** that the Motion [#63] is **GRANTED**.

    IT IS FURTHER **ORDERED** that the Clerk of the Court is directed to place the following documents **UNDER RESTRICTION** at **LEVEL 1**:[1]

    (1) Plaintiff's Response to DHHA's Motion for Sanctions [#62]; and

    (2) Plaintiff's Exhibit 1 [#62-1].

---

[1] Level 1, the least restrictive, limits access to the documents to the parties and the Court. *See* D.C.COLO.LCivR 7.2.

IT IS FURTHER **ORDERED** that, after conferral with opposing counsel pursuant to D.C.COLO.LCivR 7.1(a), Defendant shall file a motion to restrict pursuant to D.C.COLO.LCivR 7.2 **no later than August 10, 2020**.[2]  Failure to timely file a motion to restrict will result in the Court removing all restriction from these documents without further warning.  If the motion to restrict is opposed, the parties may complete briefing in accordance with the parameters set by D.C.COLO.LCivR. 7.1(d).[3]  The parties should strongly consider where redaction may be appropriate instead of full restriction of these documents.  See D.C.COLO.LCivR 7.2(c)(4).

Dated:  August 5, 2020

---

[2] This is the same deadline the Court set for Defendant to file a motion to restrict in connection with other documents filed in this matter.  *Minute Order* [#61].

[3] Although Plaintiff opposes this Motion [#63], the Court notes that the restrictions imposed here are temporary.  Plaintiff may renew any arguments pertaining to the permanent restriction of these documents in her opposition, if any, to Defendant's motion to restrict due August 10, 2020.