**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:19-cv-02818-DDD-KLM

CAROL NICHOLS, on behalf of herself and other similarly situated employees,

    Plaintiff

v.

DENVER HEALTH AND HOSPITAL AUTHORITY,

    Defendant.

---

**PLAINTIFF'S *RE-FILED* MOTION TO FILE SUMMARY JUDGMENT RESPONSE [ECF 146] EXHIBITS *UNDER SEAL* (Level-1)**

---

    Plaintiff, Carol Nichols, by and through her undersigned counsel, Merrily Archer, Esq., M.S.W. of EEO Legal Solutions LLC, hereby moves to file exhibits [ECF 146-1 through ECF 146-25] appended to her Response to Motion for Summary Judgment [ECF 146] under Level 1 Restriction. Plaintiff re-files her instant Motion for Leave to Restrict after receiving helpful and welcomed assistance from the U.S. District Court Clerk, for which she is grateful. In further support, Plaintiff states:

    **Certification of Compliance with D.C.COLOLCivR 7.1(a)**: In compliance with our duty to confer, the undersigned conferred with counsel for Defendant Denver Health and Hospital Authority (DHHA), Benjamin Hudgens, Esq., about the necessity/propriety of filing exhibits appended to Plaintiff's Response to DHHA's Motion for Summary Judgment under seal. Although the parties disagree about the putative scope of their Stipulated Protective Order (SPO) and the

impact of DHHA's statutory Open Records obligations, § 24-72-201 *et seq.*, C.R.S. (2020) ("CORA") on its effort to restrict the public record, they *agree* on this much: until and unless a tribunal sorts out their five-month long disagreement [ECF 58], prudence dictates filing these contested documents under seal, at least temporarily.

As indicated in previous motions, Plaintiff disagrees that the Exhibits appended to her Response to DHHA's Motion for Summary Judgement merit restriction in the public record under D.C.COLOLCiv.R. 7.2 on numerous grounds, referenced above (e.g., the scope of the SPO, CORA). Further, DHHA placed most of these documents/transcripts "at issue" in its defense against her individual and systemic discrimination allegations. Finally, the same reason DHHA seeks to conceal/protect these documents—i.e., public reproach and accountability—is *exactly* the reason Plaintiff maintains they should be *unrestricted* under D.C.COLOLCiv.R. 7.2: as a public hospital entrusted with public resources, the employment practices exposed in these documents and management testimony are matters of public concern. These materials are gravely inculpatory in this and likely other pending discrimination litigation against DHHA under Title VII and Americans with Disabilities Act (ADA).

Plaintiff, however, seeks to minimize further conflict to enable the tribunal to focus on the merits. This dispute about the scope and applicability of the parties' SPO started on July 27, 2020 and remains unresolved. Given the sensitive nature of these documents—e.g., (1) on-going race complaints against the Human Resources (HR) executive overseeing "Employee Relations" and disciplinary/termination decisions at DHHA and (2) its tolerance of on-going unabated sexual harassment complaints perpetrated by one of its doctors—Plaintiff files them under seal.

WHEREFORE, Plaintiff respectfully requests that the District Court place Plaintiff's Exhibits appended to her Response to DHHA's Motion for Summary Judgment [ECF 146] under Level-1 restriction until final adjudication of the issues presented in ECF 58 to ECF 141.

Respectfully re-filed submitted this 15th day of December 2020.

s/ Merrily S. Archer
Merrily S. Archer, Esq., M.S.W.
EEO Legal Solutions LLC
Counsel for Nichols *et al*
600 17th Street, Suite 2800-South
Denver, Colorado 80202
(303) 248-3769 (direct)
(303) 915-5486 (text/cell)
archerm@eeolegalsolutions.com
www.eeolegalsolutions.com

### CERTIFICATE OF COMPLIANCE

I hereby certify that the foregoing pleading complies with the type-volume limitation set forth in Judge Domenico's Practice Standard III(A)(1).

### CERTIFICATE OF SERVICE

The undersigned certifies that she has served a copy of the foregoing Re-filed Motion to File Summary Judgment Exhibits Under Seal this 14th day of December 2020 through the Court's electronic filing system as follows:

Alice Conway Powers, Esq.
Jon Olafson, Esq.
Benjamin Hudgens. Esq.
Lewis Brisbois PC
1700 Seventeenth Street, Suite 4000
Denver, Colorado 80203
(720) 292-2028 (direct)
(303) 861-7767 (fax)
Alice.powers@lewisbrisbois.com
www.lewisbrisbois.com

3