IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 19-cv-02818-DDD-KLM

CAROL NICHOLS, on behalf of herself and similarly situated employees,

    Plaintiff,

v.

DENVER HEALTH AND HOSPITAL AUTHORITY,

    Defendant.
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on Defendant's **Unopposed Motion to Strike and Substitute ECF Nos. 146-13 & 147-13** [#154] (the "Motion").

    IT IS HEREBY **ORDERED** that the Motion [#154] is **GRANTED**. Exhibit 13, Damman's Handwritten Notes [#146-13] and Exhibit 13, Damman's Handwritten Notes [#147-13] are both **STRICKEN**. Instead, Damman's Handwritten Notes [#155] shall be substituted as Exhibit 13 to both Docket No. 146 and Docket No. 147.

    Dated: March 1, 2021