IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 19-cv-02818-RMR-KLM

CAROL NICHOLS, on behalf of herself and similarly situated employees,

    Plaintiff,

v.

DENVER HEALTH AND HOSPITAL AUTHORITY,

    Defendant.
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on Plaintiff's **Motion for Leave to Reply to Defendant's Response [ECF 212] to Plaintiff FRCP 53(f) Appeal of the Special Master's Ruling [ECF 205] Imposing Sanctions, Fees, and a Contempt Citation for an Alleged "Benign" Violation of the Protective Order** [#213] ("Plaintiff's Motion") and on Defendant's **Motion for Leave to Respond to Plaintiff's FRCP 53(f)(3) Appeal of the Special Master's Clearly Erroneous Order [ECF 209] Re Plaintiff's Motion Under the Parties' Protective Order to De-designate the Diversity, Equity, and Inclusion (DEI) Report of Nita Mosby Tyler, Ph.D. [ECF 192]** [#216] ('Defendant's Motion"). Plaintiff's Motion [#213] seeking leave to file a Reply in support of her Objections [#207] to the Special Master's Order [#205] not only seeks leave to reply but also appears to contain the entirety of Plaintiff's Reply itself. Accordingly,

    IT IS HEREBY **ORDERED** that Plaintiff's Motion [#213] is **GRANTED**. Plaintiff's Reply in support of her Objections [#207] to the Special Master's Order [#205] is accepted, as contained in Plaintiff's Motion [#213].

    IT IS FURTHER **ORDERED** that Defendant's Motion [#216] is **GRANTED**. **No later than October 7, 2021**, Defendant may file a 5-page Response to Plaintiff's Objections [#215] to the Special Master's Order [#209].

    Dated: September 30, 2021