IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Regina M. Rodriguez**

| | |
|---|---|
| Civil Action No.: 19-cv-02818-RMR-KLM | Date: March 3, 2022 |
| Courtroom Deputy: Stacy Libid | Court Reporter: Terri Lindblom |

| *Parties:* | *Counsel:* |
|---|---|
| CAROL NICHOLS, on behalf of herself and similarity situated employees, | Merrily S. Archer |
| Plaintiff, | |
| v. | |
| DENVER HEALTH AND HOSPITAL AUTHORITY, | Jon J. Olafson |
| Defendant. | |

## COURTROOM MINUTES

**SHOW CAUSE AND MOTION HEARING**

**10:59 a.m.**   Court in session.

Court calls case.  Appearances of counsel.

Preliminary remarks by the Court.

Discussion by the Court and argument by counsel regarding Recommendation of United States Magistrate Judge and Certification of Facts Regarding Contempt of Court [ECF 233] and this Court's Order to Show Cause [ECF 244].

The Court notes that the Special Master found no harm to any party by the disclosure of the documents at issue.

The Court advises Plaintiff's counsel that any future violations of orders of the Court will result in sanctions.

**ORDERED:   The Court ACCEPTS in part the Recommendation of United States Magistrate Judge and Certification of Facts Regarding Contempt of**

>   **Court [ECF 233]. The Court declines to hold Plaintiff in civil contempt at this time. Plaintiff's counsel shall be ordered to pay one-third of Defendant's fees and costs for preparing the Motion [ECF 177] and related Reply [ECF 190] pursuant to Rule 37. Based on the affidavit submitted by Defendant, Plaintiff shall pay $2,211.66 in sanctions.**

Arguments by counsel regarding Plaintiff's Motion to Exclude Proffered Expert Testimony of Katie Montoya Under FRE 702 on Grounds of Knowledge/Expertise, Reliability, and Relevance [ECF 114].

**ORDERED:** **Plaintiff's Motion to Exclude Proffered Expert Testimony of Katie Montoya Under FRE 702 on Grounds of Knowledge/Expertise, Reliability, and Relevance [ECF 114] is GRANTED in part and DENIED in part as stated on the record.**

**ORDERED:** **The parties shall jointly e-mail chambers at Rodriguez_Chambers@cod.uscourts.gov on Tuesdays to obtain trial days. Parties are requesting a 5-day trial.**

**12:40 p.m.** **Court in recess.**

Hearing concluded.
Total in-court time    01:41