IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 19-cv-02818-RMR-KLM

CAROL NICHOLS, on behalf of herself and similarly situated employees,

    Plaintiff,

v.

DENVER HEALTH AND HOSPITAL AUTHORITY,

    Defendant.

_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on Plaintiff's **Motion to Restrict Exhibit (DHHA 00095) to FRCP 72(a) Appeal [ECF 240], Level-1** [#239] (the "Motion"). In accordance with D.C.COLO.LCivR 7.2, the Motion was publicly posted to allow for any objections to the sealing of the documents. No timely objections were filed. Pursuant to D.C.COLO.LCivR 7.2, the Court finds that the presumption of public access to Court files is outweighed by the parties' interest in privacy, and the parties have shown that the less restrictive alternative of redaction is not practicable. Accordingly,

    IT IS HEREBY **ORDERED** that the Motion [#239] is **GRANTED**.

    IT IS FURTHER **ORDERED** that the Clerk of the Court is directed to maintain the following document **UNDER RESTRICTION** at **LEVEL 1**:[1] (1) Exhibit 1 [#241-1].

    In the absence of any request to keep the following document under restriction,

    IT IS FURTHER **ORDERED** that the Clerk of Court shall **remove** all restriction from Docket No. 241, which is simply the cover sheet for Exhibit 1.

    Dated: March 8, 2022

---

    [1] Level 1, the least restrictive, limits access to the documents to the parties and the Court. *See* D.C.COLO.LCivR 7.2.