# IN THE UNITED STATES DISTRICT COURT

# DISTRICT OF COLORADO

Civil Action No. 19-cv-02818-RMR-KLM

CAROL NICHOLS, on behalf of herself and similarly situated employees

        Plaintiff,

v.

DENVER HEALTH AND HOSPITAL AUTHORITY,

        Defendant.

## JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE

Plaintiff Carol Nichols and Defendant Denver Health and Hospital Authority, by and through their respective counsel and pursuant to Fed.R.Civ.P. 41(a)(1)(A)(ii), jointly stipulate to the dismissal of this action with prejudice, with each party to bear its own costs and attorneys' fees.

DATED this 18th day of May, 2022.

| EEO LEGAL SOLUTIONS LLC | LEWIS BRISBOIS BISGAARD & SMITH LLP |
|---|---|
| s/ Merrily S. Archer | s/ Alice Conway Powers |
| Merrily S. Archer, Esq., M.S.W. | Alice Conway Powers, Esq. |
| 600 17th Street, Suite 2800-S | Jon Jay Olafson, Esq. |
| Denver, CO 80202 | 1700 Lincoln Street, Suite 4000 |
| archerm@eeolegalsolutions.com | Denver, Colorado 80203 |
| Attorney for Plaintiff | 303.861.7760 |
|  | Alice.Powers@lewisbrisbois.com |
|  | Jon.Olafson@lewisbrisbois.com |
|  | *Attorneys for Defendant Denver Health and Hospital Authority* |

4874-5465-7312.1

1

## CERTIFICATE OF SERVICE

  I hereby certify that on May 19, 2022, I presented the foregoing STIPULATION FOR DISMISSAL WITH PREJUDICE to the Clerk of the Court for filing and uploading to the CM/ECF system which will send notification of the filing to the following:

Merrily S. Archer, Esq., M.S.W.
EEO Legal Solutions LLC
600 17th Street, Suite 2800-S
Denver, CO 80202
archerm@eeolegalsolutions.com

              /s Merrily Archer
              *A duly signed original is on file at the Law Offices of LEWIS BRISBOIS*